# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clee Allen Ellis,

        Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07-cv-146

Department of Corrections of NC,
Lanesboro Medical Staff

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2007 Order.

**Signed: April 3, 2007**

Frank G. Johns, Clerk
United States District Court