# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Clee Allen Ellis,

                    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             3:07-cv-146

Department of Corrections of NC,
Lanesboro Medical Staff

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2007 Order.

**Signed: April 3, 2007**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court